DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 476P11 | Donald E. Sellers, Employee v. FMC Corporation, Employer; National Union Fire Insurance Company and Insurance Company of the State of Pennsylvania, Carriers | 1. Defs' Motion for Temporary Stay (COA11-12) | 1. Allowed **11/07/11**; Dissolved the Stay **08/23/12** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 485P10-2 | Teresa W. Wood, on Behalf of Herself and All Others Similarly Situated v. Teachers' and State Employees' Retirement System, et al. | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-784) | Denied |
| 507P11 | State v. David Allen Carter | 1. State's PDR Under N.C.G.S. § 7A-31 (COA11-36) | 1. Allowed |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismiss Appeal | 5. Allowed |
| 514P11 | State v. Harry Sharod James | 1. Def's NOA Based Upon a Constitutional Question (COA11-244) | 1. Special Order |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Special Order |
| | | 3. State's Motion to Dismiss Appeal | 3. Special Order |
| | | 4. Def's Motion to Continue or Hold Petition in Abeyance Pending Resolution of Issues by the Supreme Court of the United States | 4. Special Order |
| | | 5. Def's Motion to Amend PDR | 5. Special Order |